# EXHIBIT B

MinJie Zheng

c/o Daniel Zheng

950 Diaz Lane

San Mateo, CA 94404, USA

Tel: (650)918-6198

Tel: +86-13910612445

Email: 36502860@qq.com

Plaintiff in Pro Se

Electronically Received 05/27/2025 08:31 AM

**FILED**
Superior Court of California
County of Los Angeles

05/27/2025

David W. Slayton, Executive Officer/Clerk of Court

By: _____ R. Figlio _____ Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| MINJIE ZHENG, | ) Case No.: **25STLC04013** |
| Plaintiff, | ) COMPLAINT FOR: |
| vs. | ) 1. ANTITRUST VIOLATIONS |
| INTERNET CORPORATION FOR | ) 2. DECLARATORY RELIEF |
| ASSIGNED  NAMES AND NUMBERS | ) 3. BREACH OF CONTRACT |
| VERISIGN, INC., | ) 4. UNFAIR BUSINESS |
| BEIJING XINNET DIGITAL | ) PRACTICES |
| INFORMATION TECHNOLOGY CO., | ) |
| LTD | ) |
| Defendants | ) |
| -------------------------------------------------. | ) |

Exhibit B
p.20

# I. Plaintiff and Defendant Information

1. Plaintiff Minjie Zheng is a Chinese citizen, pursuing an antitrust lawsuit

regarding single-character .COM domain names.

2.  Defendant INTERNET CORPORATION FOR ASSIGNED NAMES

AND NUMBERS (ICANN) is a California nonprofit public benefit placeof,

with its principal place of business at:

12025 Waterfront Drive, Suite 300  Los Angeles, California, USA

Phone: +1 310 301 5800    Fax: +1 310 823 8649

3.Defendant Defendant VeriSign, Inc. is a domain name registration

management corporation, with its principal place of business at:

12061 Bluemont Way Reston, VA 20190 United States

Phone: +1 703-948-3200

4. Defendant Beijing Xinwang Digital Information Technology Co., Ltd.

(Xinnet) is a domain name registration service provider, with its principal

place of business at:

3rd Floor, Building B1, Digital Manor No.1 Disheng West Road

Beijing Economic and Technological Development Zone China

Phone: +86 10 5802 2233   Email: bj@xinnet.com

# Ii. Court jurisdiction

ICANN is a non-profit organization headquartered in Los Angeles,

California, with jurisdiction in the Los Angeles Superior Court, see

23STCV19554。

Verisign is involved in ICANN's illegal activities. As a domain name

registration agency, one should participate in litigation.

XINNET is a domain name registration service provider that has signed

agreements with ICANN and Verisign. The plaintiff is a registered member

of XINNET, which has signed agreements with both ICANN and Verisign,

and therefore must participate in the lawsuit.

—2—

# Iii. Process

1. In 1993, a technician from IANA retained 35 single character domain names, IANA later became an internal body of  ICANN, However, two single-character COM domain names are registered

   z.com  Creation Date: 1997-12-19T05:00:00Z

   q.com  Creation Date: 1999-03-30T05:00:00Z


2. November 10, 1999, ICANN entered into a domain name agreement with NSI (later acquired by Verisign),  There are no reservations.

https://www.icann.org/en/registry-agreements/multiple/icann-nsi-registry-agreement-10-11-1999-en


3. On May 25, 2001, CANN entered into a domain name agreement with Verisign, which contained a reservation clause in the text:3.8.1  Except to the extent that ICANN otherwise expressly authorizes in writing, Registry Operator shall reserve from registration the domain names specified by a schedule established by ICANN. The initial schedule is attached as **Appendix K**. Changes to the schedule may be made only with the mutual written consent of ICANN and Registry Operator (which neither party shall withhold without reason) or in the manner provided in Subsections 4.3 through 4.6. In fact, all the following domain names were registered, especially those marked with ● marked, which were registered after the agreement.

   Aso       Aso.com  Creation Date: 1998-01-05T05:00:00Z

   Dnso     Dnso.com Creation Date: 1999-01-17T05:00:00Z

   Icann    Icann.com  Creation Date: 1998-09-14T04:00:00Z

   Internic   Internic.com Creation Date: 1997-06-06T04:00:00Z

Pso        PSO.COM    Creation Date: 1996-12-02T05:00:00Z

IANA-related names:

Afrinic  ●   AFRINIC.COM   Creation Date: 2004-06-17T18:38:56Z

Apnic        APNIC.COM    Creation Date: 1997-01-04T05:00:00Z

Arin        ARIN.COM   Creation Date: 1996-09-12T04:00:00Z

Example     EXAMPLE.COM    Creation Date: 1995-08-14

                    Registrar: RESERVED-Internet Assigned Numbers Authority

gtld-servers:

Iab        IAB.COM    Creation Date: 1995-02-02T05:00:00Z

Iana        IANA.COM    Creation Date: 1996-07-29T04:00:00Z

iana-servers:

Iesg        No match for domain "IESG.COM".

Ietf        IETF.COM    Creation Date: 2000-04-26T10:50:04Z

Irtf        IRTF.COM    Creation Date: 2000-06-06T11:48:54Z

Istf        ISTF.COM    Creation Date: 1999-12-18T21:27:30Z

Lacnic      No match for domain "LACNIC.COM"..

Latnic       LATNIC.COM  Creation Date: 2000-02-06T01:08:24Z

Ripe       RIPE.COM       Creation Date: 1995-12-12T05:00:00Z

B. Additional Second-Level Reservations. In addition, the following names shall be reserved at the second level:

All single-character labels.

All two-character labels shall be initially reserved. The reservation of a two-character label string shall be released to the extent that the Registry Operator reaches agreement with the government and country-code manager, or the ISO 3166 maintenance agency, whichever appropriate. The Registry Operator may also propose release of these reservations based on its implementation of measures to avoid confusion with the corresponding country codes.

Note: All two-letter domain names have been registered.

Exhibit B
p.23

In fact, all the domain names reserved by B have already been registered, especially the two country codes that were registered after May 25, 2001.

PL.COM   ●     Creation Date: 2001-06-17 T10:31:19Z

CM.COM   ●     Creation Date: 2015-01-16T19:52:55Z

Arpa .COM       Creation Date: 1996-04-16T04:00:00Z

Biz..COM       Creation Date: 1998-08-01T04:00:00Z

Com .com       Creation Date: 1995-04-13T04:00:00Z

COOP.COM       Creation Date: 1992-10-20T04:00:00Z

EDU.COM       Creation Date: 1998-11-24T05:00:00Z

GOV.COM       Creation Date: 1996-03-18T05:00:00Z

INFO.COM       Creation Date: 1989-11-01T05:00:00Z

INT.COM       Creation Date: 1993-05-19T04:00:00Z

MIL.COM       Creation Date: 1997-10-24T04:00:00Z

MUSEUM.COM       Creation Date: 1997-06-06T04:00:00Z

NAME.COM       Creation Date: 1995-01-03T05:00:00Z

NET.COM       Creation Date: 1989-05-08T04:00:00Z

ORG.COM       Creation Date: 1997-11-03T05:00:00Z

PRO.COM       Creation Date: 1994-02-21T05:00:00Z

C. Tagged Domain Names. All labels with hyphens in the third and fourth character

D. Second-Level Reservations for Registry Operations. The following names are reserved for use in connection with the operation of the registry for the Registry TLD. They may be used by Registry Operator under Subsection 24(A), but upon conclusion of Registry Operator's designation as operator of the registry for the Registry TLD they shall be transferred as specified by ICANN:

Nic     NIC.COM     Creation Date: 1994-02-07T05:00:00Z

Whois     WHOIS.COM     Creation Date: 1995-04-11T04:00:00Z

www     No match found for a com

— 5 —

4. This list of attachments that are not inverted
According to the normal format of the agreement, the names of the attachments and appendices are written in the body of the agreement, and due to ICANN's cunning, it has made a list of attachments in an attempt to qualify the retention of single and two characters.

5. October 16, 2007 ICANN Establishes Forum on Allocation Methods for Single-Letter and Single-Digit Domain Name
https://www.icann.org/en/announcements/details/icann-establishes-forum-on- allocation-methods-for-single-letter-and-single-digit-domain-names-16-10-2007-en

6. ICANN Seeks Expressions of Interest from Auction Design Experts
https://www.icann.org/en/announcements/details/icann-seeks-expressions-of- interest-from-auction-design-experts-18-1-2008-en
ICANN is seeking expressions of interest from entities experienced in developing and managing auction processes. ICANN has identified several areas where auctions might be an appropriate tool, such as the efficient disposition of data from terminated registrars and registries, the allocation of single-character second-level domain names, and perhaps, resolution of contention between competing commercial applicants for identical strings in the application process for new generic Top Level Domains.
A number of commenters and academics have recommended auctions as the preferred method of objectively allocating scarce resources such as popular second-level domain names or gTLD strings. Also, ICANN received substantial public comment in the discussion on allocation of single-character second-level names that the names should be allocated through an auction model.

**7. Single-Character Second-Level Domain Name (SC SLD) Allocation Framework**

https://www.icann.org/en/contracted-parties/consensus-policies/registry-services-evaluation-policy/single-character-second-level-domain-name-sc-sld-allocation-framework-13-06-2008-en

8. On August 12, 2008, the plaintiff filed an anti-monopoly lawsuit with Xinnet for the registration of 33 single-word COM, the case number is 2011 Zhening Zhichu Zi No. 35. Xinnet refused to register 33 domain names. The reason is that the defendant kept it

TheIntermediate People's Court of Ningbo accepted this case. ICANN claims thatdue to technical reasons, these domain names were retained in 1993 and should be determined by US courts. The Ningbo Intermediate People's Court supports ICANN's jurisdictional claim and rejects the plaintiff's lawsuit.

9.In April 2013, ICANN stated at its 46th meeting in Beijing that the single character domain name registration proposed by Zheng Minjie no longer has technical reasons, and our independent prosecutor will receive you. The independent prosecutor sent an email stating that there are no restrictions on the registration of these domains and recommended registering them with Verisign.

10. Since April 2013, the ICANN Global Support Center has repeatedly responded that registering a single character COM domain name does not require authorization from ICANN, but is registered by Verisign.

11. The plaintiff applied to Xinwang Company with ICANN's response, and on May 7, 2013, Verisign conveyed through Beijing Xinwang Company

that single character and two character domain names are reserved by ICANN.

12  January 6,2015 the plaintiff's application for CM.COM was rejected and was registered by someone else a week later.

13. In 2017, the plaintiff filed a lawsuit with the anti-monopoly department of the People's Republic of China, accusing Verisign of abusing its market dominance by refusing to register single character and CM.COM domain names.
The antitrust department launched an investigation on November 23, 2017, and Verisign provided the antitrust department with a judgment from a US federal court stating that CM.COM was registered by someone else due to the US court's ruling.

14. On November 30, 2017, Verisign reported to ICANN that it wanted to auction off these domain names, but concealed the fact that they were under investigation.

15. On December 7, 2017, ICANN announced that opening up the registration of these domain names would not jeopardize network security, but the auction would require approval from the US antitrust department. The auction application has been submitted to the US Department of Justice, but ICANN concealed the fact that the Chinese antitrust agency is investigating. Its purpose is to use the response of the US government to counter the Chinese government. But I didn't expect the antitrust department of the US Department of Justice to reject the application.

16. On December 14, 2017, the US Department of Justice did not accept auction applications

17. On January 8, 2018, Verisign defended to the Chinese antitrust agency that these domain names were no longer reserved and were ready for auction, but    concealed the fact that the US antitrust agency did not accept the auction

18.  https://www.icann.org/en/public-comment/proceeding/release-for-registration-one-com-domain-name-with-a-single-character-label-ocom-10-05- 2018  (Due to too many people cursing, he closed his mailing list)

**Release for Registration one .COM Domain Name with a Single-Character Label: O.COM**

**Open Date**
10 May 2018 23:59 UTC

**Close Date**
20 June 2018 23:59 UTC

**Staff Report Due**
10 August 2018 23:59 UTC

Comments Closed

Report of Public Comments

View Comments

**Originating Organization**

19.. Comments of the American Internet Chamber of Commerce，This opinion was downloaded before ICANN closed the list, stating that these domain names are not owned by Verisign and have no right to be auctioned.Doubting auction donations as a covert operation in these opinions.

— 9 —

20. March 27, 2019 ICANN Modify Registration Agreement

https://itp.cdn.icann.org/en/files/registry-agreements/com/com-amend-2-pdf

- 27mar19-en.pdf

All single-character labels. Notwithstanding this reservation the single

character label o.com may be released pursuant to the o.com Service

Note the last one, read that right:: Exhibit A – CONFIDENTIAL To

Schedule 1 to Appendix 7 (o.com Service Description) [REDACTED FOR

CONFIDENTIALITY]


21. On February 25, 2020, the Chinese anti-monopoly department issued an

administrative penalty decision against Verisign;


22. On April 13, 2025, the plaintiff filed a complaint with ICANN,

accusing Verisign of illegally refusing domain name registration. On

April 21, 2025,

ICANN responded that the ICANN Contract Compliance Department

will resolve this issue within 3-5 working days after receiving a new

complaint. If you do not receive a response from them within 5 working

days, you can send an email to compliance@icann.org Query status.


23. On April 22, 2025, the plaintiff sent an email stating that the complaint

had exceeded the 6 * 24 hour limit. I would like to know if you have

notified Verisign. ICANN shall not violate its own regulations; Otherwise,

CANN will lose its basic reputation. If there is no response, I will initiate

the review process. These matters will become evidence in administrative

procedures and   civil litigation.

23. . On April 23, 2025, an email was sent to the ICANN Complaints Office and ICANN Complaints Commissioner Krista Papac. hen facing the public and  individuals, your behavior should be consistent.

25. On April 25, 2025, an email was sent to ICANN requesting a response rom the Contract Compliance Department regarding the progress of the complaint against VeriSign. ICANN has not responded.

26. On April 29, 2025, the plaintiff applied again to Beijing Xinwang Digital Information Technology Co., Ltd. to register these domain names  and attached a US judgment, but did not receive a response.

27. US Lawmakers Demand Federal Probe into VeriSign's .com Pricing Practices https://greyjournal.net/news/us-investigation-verisign-com-pricing **Elizabeth Warren asks for investigation of Verisign**

**https://domainnamewire.com/2024/11/27/elizabeth-warren-asks-for-investigation-of-verisign/**

28. Someone in the United States is already suing ICANN for single character domain names, see 23STCV19554

## IV.  Analyze the facts formed by the above evidence

1. On 10 October 2007, Danny Younge revealed at the ICANN Auction Forum that the reservation of these domain names was an arbitrary act of the individual and that ICANN's actions were hypocritical. Danny Young, a third party unrelated to the plaintiff, testified that there was no discussion of reserving a single-character domain name;

Exhibit B
p.30

2. There was no reservation in 1999, the reservation of the body of the agreement in 2001 does not involve single-character and two-character domain names, and the Annex K claimed by ICANN is not related to the body of the agreement, and 99% of the "B:Additional" in Annex K has been registered so far, and the registration process has not been authorized by ICANN, nor has the agreement been amended, and the Additional is not justified. Therefore, the refusal to register of the remaining 1% is an abuse of market dominance.

3.ICANN's reply in the Ningbo Intermediate People's Court asserted that it was retained for technical reasons, and if it was retained for other reasons, it should be listed in Annex K for other reasons, not B:Additional. Therefore, ICANN is misrepresentation.3. At the 46th meeting held in Beijing in 2014, ICANN explicitly announced that single character COM domain registration no longer poses a security risk, and prosecutors have sent emails stating that these limiting factors no longer exist. You can contact Verisign for registration;

4.  ICANN Global Service Center email statement: Registering a single character COM does not require ICANN authorization, please contact Verisign directly;
The independent prosecutor said there were no restrictions on the registration of these domain names and recommended that they be registered at Verisign.This is the consensus of ICANN's staff and the ability to prove the truth.
The response from ICANN's Global Service Center, along with that from the Independent Prosecutor, has the ability to prove the truth.

Exhibit B
p.31

5. Opinions of the American Internet Chamber of Commerce on the 2018 Verisign auction: these domain names do not belong to Verisign, and Verisign has no right to auction;

6. Verisign's response that it was reserved by ICANN was not wrong, but it was an illegal reservation. Once U.S. antitrust authorities impose a $100 million fine or pursue criminal liability, the two companies will begin to pass the buck to each other. However, since it is reserved by ICANN, Verisign does not have the authority to request an opening and auction in 2018.

7. The administrative penalties from China's antitrust agencies and the rulings of U.S. federal courts prove that retaining and auctioning these domain names is illegal;

8. Nearly all of the domain names in Table K are registered without authorization from ICANN. If these domain names are legally reserved, they should be canceled in their entirety, including the CM.COM as determined by 14-CV-01999-TPG

9. The fact that the domain names that were reserved in Addition in Table K in 2001 were not available in Table K in 2012 proves that there is no justification for the additional.

10. ICANN's failure to respond to complaints about Verisign's illegal refusal to register single letter domain names proves that these reservations have no legal basis;

Exhibit B
p.32

Case 2:25-cv-06124   Document 1-2   Filed 07/07/25   Page 15 of 17   Page ID #:33

11. ICANN prepared for auction in 2007, and then Verisign prepared for auction in 2018. This indicates that these domain names do not have owners. Single-letter and two-letter domain names have never been retained in the body of the agreement, so the 2019 amendment agreement on open O.COM has no basic basis.

12. The inclusion of single-letter and two-letter domain names on the restricted list is a serious threat to existing holders;

.13. In all previous agreements, the terms of the domain name registration are as follows:

(a) the principle of allocating registered domain names in the TLD (e.g., first-come, first-served, timely renewal, post-expiration retention period);

(b) prohibit registries or registrars from storing or speculating on domain names;

(c) reserve registered domain names in the TLD that may not have been initially registered, or cannot be renewed for reasonable reasons of: (a) avoiding user confusion or misleading users, (b) intellectual property rights, or (c) the technical administration of the DNS or the Internet (e.g., establishing a name reservation from registration);

It is clear that the separate Appendix K is an illegal reservation.

14.2001-2012 – Appendix K b: Other Reserved Domain Names. ● All single-character markers. ● Two-character labels should be kept initially. The reservation of the two-character label string should be removed after the registration authority has reached an agreement with the government and country code management agency or ISO 3166 maintenance agency, as applicable.

— 14 —

Exhibit B
p.33

15. For the first time, the body of the 2024 Agreement appears (i) registration restrictions. The Registry Operator shall retain and not register any TLD strings that appear in the list of reserved TLD strings attached to Annex 6 of this Agreement in 2012. This is equivalent to declaring all other registered reserved domain names illegal. If the court does not revoke this qualifying clause, the plaintiff files a lawsuit for the domain name in Form K.

# V conclusion

1. ICANN and Verisign violated the prohibition on direct selling and hoarding of domain names by retaining these domain names without a valid reason and preparing to sell them at a high price, especially after the administrative penalties and court rulings of the Chinese antitrust authorities, which is a subjective and deliberate abuse of their dominant market position. There are no single- and two-character domain names reserved in the body of all agreements prior to 2024, and all reserved domain names in Table K, with the exception of 33 single-character domain names, have been registered without authorization, which proves that there are no legitimate reservations.

2. The 2019 Revised Agreement between ICANN and Verisign classifies the O.COM Auction as confidential. Under U.S. antitrust law, it is a conspiracy to collude to monopolize and is automatically considered illegal under any circumstances. Such acts will be dealt with harshly and may result in imprisonment.

Exhibit A – CONFIDENTIAL

To Schedule 1 to Appendix 7 (o.com Service Description)

[REDACTED FOR CONFIDENTIALITY]

— 15 —

In summary, the two defendants seriously violated the Antitrust Law and ICANN's own regulations.

## VI.WHEREFORE,plaintiffpraysforjudgement

1.Confirm the provisions of the COM Registry Agreement signed by ICANN and VeriSign on December 1, 2024, which retain and prohibit Registering single character and two character Domain name listed in Appendix 6 of this agreement is illegal.

2.Confirm that 33 domain names do not have owners.

3.Order the defendant to register 33 domain names for the plaintiff

4.Compensate the plaintiff for reasonable expenses and mental damages incurred in the 16 year lawsuit, totaling 35000

5.The litigation costs and reasonable expenses of this case shall be borne by the three defendants;

## vii  Request the jury to participate in the trial

US Lawmakers Demand Federal Probe into VeriSign's .com Pricing Practices https://greyjournal.net/news/us-investigation-verisign-com-pricing Elizabeth Warren asks for investigation of Verisign https://domainnamewire.com/2024/11/27/elizabeth-warren-asks-for-investigation-of-verisign

We are preparing to get in touch with Elizabeth Warren to catch her attention.

2025-05-17

MinJie Zheng  36502860@qq.com

Daniel Zheng,locatedat950Diaz Lane SanMateo CA94403.

tel：(650)918-6198  tel：+86-13910612445

— 16 —

Exhibit B
p.35